IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____

| | | |
|---|---|---|
| TIM KENT REDMOND, | ) | **ORDER TO SHOW CAUSE** |
| | ) | **& MEMORANDUM DECISION** |
| Plaintiff, | ) | |
| | ) | Case No. 2:11-CV-12 CW |
| v. | ) | |
| | ) | District Judge Clark Waddoups |
| RON WILSON et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

In this *pro se* prisoner civil rights case,[1] the Court
granted Plaintiff's *in forma pauperis* request.  So the Court
could figure his initial partial filing fee, the Court ordered
Plaintiff to submit his certified inmate account statement for
the six months right before his complaint was filed on January
10, 2011.[2]  Plaintiff has not complied.

IT IS THUS ORDERED that Plaintiff must within thirty days
show cause why his case should not be dismissed for failure to
obey the Court's order to send in "a certified copy of the trust
fund account statement . . . for the *6-month period immediately
preceding the filing of the complaint* . . . obtained from the
appropriate [prison] official of each [correctional
institution]."[3]

DATED this 10th day of March, 2011.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Judge

_____

[1]*See* 42 U.S.C.S. § 1983 (2011).

[2]*See* 28 *id.* § 1915(a)(2).

[3]*See id.* (emphasis added).